

FILED
MAR 25 2005
CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CLAYTON ROSS ROBERTS and PAMELA ROBERTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. **04-4180**<br><br>Stipulation for Dismissal,<br>with Order |

TO THE HONORABLE JUDGE OF THIS COURT:

All parties appearing in this action hereby stipulate and agree as follows:

    1. The above action may be dismissed, with prejudice, and without costs to any party.

    2. All parties waive notice of entry of the Order of Dismissal.

Dated: March 18, 2005

O'LEARY LAW OFFICE

By _____
Mark D. O'Leary
3500 S. Phillips Avenue
Suite 120
Sioux Falls, SD  57105-6864
*Attorney for Defendant*

Dated: 3/22/05

JOHNSON, HEIDEPRIEM, MINER,
MARLOW & JANKLOW, LLP

_____
A. Russell Janklow
P.O. Box 1107
Sioux Falls, SD  57101-1107
*Attorney for Plaintiffs*

1

## ORDER OF DISMISSAL

Upon the above and foregoing stipulation of the parties to this action, and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That this action be, and hereby is, dismissed with prejudice, each party to bear their own costs.

Dated at _____, South Dakota this 25th day of March, 2005.

BY THE COURT:

_____
~~Chief~~ Judge

ATTEST:
Clerk

By: _Sharon Saro_, Deputy
    (SEAL)